# Exhibit 3

Excerpted State Court Judgment Records
*Saunders v. Wallace*, No. 2019-CP-40-06183

ELECTRONICALLY FILED - 2021 Apr 27 3:39 PM - RICHLAND - COMMON PLEAS - CASE#2019CP4006183

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF RICHLAND | ) | 5TH JUDICIAL CIRCUIT |

| | | |
|---|---|---|
| Logan Saunders, | ) | |
| | ) | Case No: 2019-CP-40-06183 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **OFFER OF JUDGMENT** |
| Elizabeth Wallace, and Lauren Skipper, | ) | **TO DEFENDANT** |
| | ) | **ELIZABETH WALLACE** |
| Defendants. | ) | |
| | ) | |

**TO:   ROBB L. BROWN, ESQUIRE, COUNSEL TO DEFENDANT ELIZABETH WALLACE:**

Pursuant to Rule 68 of the S.C. Rules of Civil Procedure and S.C. Code Ann. § 15-35-400, Plaintiff Logan Saunders hereby offers to allow Defendant Elizabeth Wallace ("Wallace") to have Judgment entered against Wallace in favor of Plaintiff on all of Plaintiff's claims for relief in this action in the amount of Seventy-Five Thousand and NO/100 Dollars ($75,000.00). As a further part of this Offer of Judgment, Wallace dismisses her counterclaims with prejudice, and Plaintiff and Wallace bear their own costs and attorneys' fees, if accepted. This Offer of Judgment will not be filed in Court unless (a) accepted or (b) in a proceeding to determine interests, costs or attorneys' fees.

WESLEY D. FEW, LLC

s/Wesley D. Few/
Wesley D. Few, S.C. Bar No. 15565
Post Office Box 9398
Greenville, South Carolina 29604
(864) 527-5906 | wes@wesleyfew.com

ATTORNEYS FOR PLAINTIFF

Greenville, South Carolina
April 26, 2021

1

ELECTRONICALLY FILED - 2021 May 13 3:06 PM - RICHLAND - COMMON PLEAS - CASE#2019CP4006183

STATE OF SOUTH CAROLINA

COUNTY OF RICHLAND

IN THE FAMILY COURT FOR THE

FIFTH JUDICIAL CIRCUIT

Logan Saunders,

                Plaintiff,

     v.

Elizabeth Wallace and Lauren Skipper,

                Defendant.

Case No: 2019-CP-40-06183

**OFFER OF JUDGMENT
TO PLAINTIFF
LOGAN SAUNDERS**

**TO:    WESLEY D. FEW, ESQUIRE, COUNSEL TO PLAINTIFF LOGAN SAUNDERS:**

      Pursuant to Rule 68 of the S.C. Rules of Civil Procedure and S.C. Code Ann. § 15-35-400, Defendant Lauren Skipper ("Skipper") hereby offers to allow to have Judgment entered against herself in favor of Plaintiff Logan Saunders ("Saunders") on all of Saunders' claims for relief in this action in the amount of Ten Thousand and NO/100 Dollars ($10,000.00).  As a further part of this Offer of Judgment, Skipper dismisses her counterclaims with prejudice, and Saunders and Skipper bear their own costs and attorneys' fees, if accepted.

                 **RIKARD & PROTOPAPAS, LLC**

                 s/ George M. Pappas
                 Peter D. Protopapas, Esquire
                 SC Bar 68304
                 George M. Pappas, Esquire
                 SC Bar 103963
                 1329 Blanding Street (29201)
                 Post Office Box 5640
                 Columbia SC 29250
                 Telephone: 803.978.6111
                 Facsimile: 803.978.6112
                 Email: pdp@rplegalgroup.com

Columbia, SC
May 13, 2021

                 ATTORNEYS FOR DEFENDANT

ELECTRONICALLY FILED - 2021 Apr 28 5:01 PM - RICHLAND - COMMON PLEAS - CASE#2019CP4006183

STATE OF SOUTH CAROLINA

COUNTY OF RICHLAND

Logan Saunders

                                Plaintiff,

vs.

Elizabeth Wallace and
Lauren Skipper

                                Defendant.

IN THE COURT OF COMMON PLEAS
FOR THE FIFTH JUDICIAL CIRCUIT

CASE NO.:  2019-CP-40-06183

**ACCEPTANCE OF PLAINTIFF'S
OFFER OF JUDGMENT**

       On April 26, 2021, Plaintiff, by and through his attorney, in an attempt to compromise and settle the Plaintiff's claims and Defendant Wallace's Counterclaims pursuant to Rule 68 of the South Carolina Rules of Civil Procedure, offered the following:

a)     To have judgment entered in favor of the Plaintiff and against Defendant Wallace in the sum of SEVENTY-FIVE THOUSAND and 00/100 Dollars ($75,000.00) with each party to bear their own costs and attorneys' fees, in full compromise and settlement of the Plaintiff's claims against the Defendant;

b)     To have Defendant Wallace's Counterclaims against Plaintiff dismissed with prejudice.

       The Defendant hereby accepts the Plaintiff's Offer of Judgment, and allows Judgment to be entered as to all claims against Defendant Wallace in favor of the Plaintiff, and to dismiss her counterclaims against Plaintiff Logan Saunders.

                          Willson Jones Carter & Baxley, P.A.

                          /s/ Robert L. Brown
                          Robert L. Brown (SC Bar No.:  73568)
                          3600 Forest Drive, Suite 204
                          Columbia, SC  29204
                          Phone:  (803) 509-8074
                          Fax:     (803) 782-2527
                          Attorney for Defendant

South Carolina
April 28, 2021

ELECTRONICALLY FILED - 2021 May 17 6:03 PM - RICHLAND - COMMON PLEAS - CASE#2019CP4006183

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF RICHLAND | ) | 5TH JUDICIAL CIRCUIT |
| | ) | |
| | | Civil Action No.:  2019-CP-40-06183 |
| Logan Saunders | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **PLAINTIFF'S ACCEPTANCE OF** |
| Elizabeth Wallace and | ) | **OFFER OF JUDGMENT** |
| Lauren Skipper, | ) | **BY LAUREN SKIPPER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

On May 13, 2021, Defendant Lauren Skipper, by and through her attorney, and pursuant to Rule 68 of the South Carolina Rules of Civil Procedure, offered the following:

a) To have judgment entered against her and in favor of the Plaintiff on all of Plaintiff's claims for relief in this action in the amount of TEN THOUSAND and 00/100 Dollars ($10,000.00) with each party to bear their own costs and attorneys' fees; and

b) To dismiss all of her Counterclaims against Plaintiff with prejudice.

Plaintiff Logan Saunders hereby accepts Defendant Lauren Skipper's Offer of Judgment, and respectfully requests that the Clerk enter the judgment as provided in the offer of judgment in favor of the Plaintiff, and dismiss all of Defendant Lauren Skipper's Counterclaims against Plaintiff Logan Saunders with prejudice.

[signature on next page]

1

**WESLEY D. FEW, LLC**

__s/Wesley D. Few/_____
Wesley D. Few, S.C. Bar No. 15565
Post Office Box 9398
Greenville, South Carolina 29604
(864) 527-5906  |  wes@wesleyfew.com

ATTORNEYS FOR PLAINTIFF
LOGAN SAUNDERS

May 17, 2021
Greenville, South Carolina

2

ELECTRONICALLY FILED - 2021 May 17 6:03 PM - RICHLAND - COMMON PLEAS - CASE#2019CP4006183

ELECTRONICALLY FILED - 2021 May 12 12:12 PM - RICHLAND - COMMON PLEAS - CASE#2019CP4006183

STATE OF SOUTH CAROLINA )    IN THE COURT OF COMMON PLEAS
                        )
COUNTY OF RICHLAND      )    5TH JUDICIAL CIRCUIT
                        )
                        )    Civil Action No.: 2019-CP-40-06183
Logan Saunders         )
                        )
            Plaintiff, )
                        )
   vs.                  )
                        )    **SATISFACTION OF JUDGMENT**
                        )    **AGAINST ELIZABETH WALLACE**
Elizabeth Wallace and   )
Lauren Skipper          )
                        )
            Defendant(s). )
                        )

   **JUDGMENT** having been entered upon the 28th day of April comes now for the Plaintiff,

the Plaintiff above named, by and through counsel and acknowledges to have received of and from

the said Defendant Elizabeth Wallace, full satisfaction of the judgment.

   **FURTHER,** the Plaintiff request(s) that the Clerk mark as "Satisfied" the judgment entered

in favor of the Plaintiff against the Defendant Elizabeth Wallace.

       **WESLEY D. FEW, LLC**

       ___s/Wesley D. Few/_____
       Wesley D. Few, S.C. Bar No. 15565
       Post Office Box 9398
       Greenville, South Carolina 29604
       (864) 527-5906 | wes@wesleyfew.com

       ATTORNEYS FOR PLAINTIFF

May 12, 2021
Greenville, South Carolina

ELECTRONICALLY FILED - 2021 Jun 15 3:10 PM - RICHLAND - COMMON PLEAS - CASE#2019CP4006183

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF RICHLAND | ) | 5TH JUDICIAL CIRCUIT |
| | ) | |
| | | Civil Action No.: 2019-CP-40-06183 |
| Logan Saunders | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **SATISFACTION OF JUDGMENT** |
| Elizabeth Wallace and | ) | **AGAINST LAUREN SKIPPER** |
| Lauren Skipper | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

**JUDGMENT** having been entered upon the 7th day of June comes now for the Plaintiff, the Plaintiff above named, by and through counsel and acknowledges to have received of and from the said Defendant Lauren Skipper, full satisfaction of the judgment.

**FURTHER,** the Plaintiff request(s) that the Clerk mark as "Satisfied" the judgment entered in favor of the Plaintiff against the Defendant Lauren Skipper.

**WESLEY D. FEW, LLC**

___s/Wesley D. Few/___
Wesley D. Few, S.C. Bar No. 15565
Post Office Box 9398
Greenville, South Carolina 29604
(864) 527-5906 | wes@wesleyfew.com

ATTORNEYS FOR PLAINTIFF
LOGAN SAUNDERS

June15, 2021
Greenville, South Carolina



# Richland County
# Fifth Judicial Circuit
# Public Index



Richland County Home Page  Online Payments  Public Index  City of Columbia Municipal Ct  S.C. Judicial Department  Summary Ct
Dockets

**Switch View**

## Logan Saunders vs Elizabeth Wallace , defendant, et al

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 2019CP4006183 | **Court Agency:** | Richland County Common Pleas | **Filed Date:** | 11/01/2019 |
| **Case Type:** | Common Pleas | **Case Sub Type:** | Slander/Libel 380 | **File Type:** | Jury |
| **Status:** | Judgment | **Assigned Judge:** | Clerk Of Court C P, G S, And Family Court | | |
| **Disposition:** | Judgment | **Disposition Date:** | 05/17/2021 | **Disposition Judge:** | Clerk Of Court C P, G S, And Family Court |
| **Original Source Doc:** | | **Original Case #:** | | **Restore Reason:** | Reopened Case |
| **Judgment Number:** | 2019CP4006183 | **Court Roster:** | | | |

## Case Parties

Click the ⌄ icon to show associated parties.

| Name | Address | Race | Sex | Year Of Birth | Party Type | Party Status | Last Updated |
|---|---|---|---|---|---|---|---|
| ⌄ Bailey, Terri Hearn(Inactive) | 301 N Kings Grant Dr Columbia SC 29209 | | | | Defendant Attorney | | 12/01/2020 |
| ⌄ Bearden, Riley Anne | 3600 Forest Drive Suite 204 Columbia SC 29204 | | | | Defendant Attorney | | 05/05/2021 |
| ⌄ Brown, Robert Lesley | 3600 Forest Drive Suite 204 Columbia SC 29204 | | | | Defendant Attorney | | 12/01/2020 |
| ⌄ Few, Wesley D. | PO Box 9398 Greenville SC 29604 | | | | Plaintiff Attorney | | 11/01/2019 |
| ⌄ Pappas, George Michael Jr. | 1329 Blanding Street Columbia SC 29201 | | | | Defendant Attorney | | 05/26/2020 |
| ⌄ Protopapas, Peter Demos | PO Box 5640 Columbia SC 29250 | | | | Defendant Attorney | | 12/05/2019 |
| ⌄ Saunders, Logan | | | | | Plaintiff | | 06/15/2021 |
| ⌄ Skipper, Lauren | | | | | Defendant | | 06/15/2021 |
| ⌄ Wallace, Elizabeth | | | | | Defendant | | 05/12/2021 |

## Judgments

| **For:** | Saunders, Logan | **Against:** | Skipper, Lauren | **Judg. Amount:** | $10,000.00 | **Judgment Date:** | 05/17/2021 |
|---|---|---|---|---|---|---|---|
| **Description:** | Judgment/Judgment | **Disposition:** | Satisfied Or Cancelled | **Disp. Date:** | 06/15/2021 | **Date Entered/Last Changed** | 05/18/2021 -- 06/15/2021 |
| **Notes:** | None | | | | | | |

| **Judgment Details** | | | |
|---|---|---|---|
| Claims Code | Detail Desc. | Detail Amount | Detail Date |
| None | | | |

| **For:** | Saunders, Logan | **Against:** | Wallace, Elizabeth | **Judg. Amount:** | $75,000.00 | **Judgment Date:** | 04/28/2021 |
|---|---|---|---|---|---|---|---|
| **Description:** | Judgment/Judgment | **Disposition:** | Satisfied Or Cancelled | **Disp. Date:** | 05/12/2021 | **Date Entered/Last Changed** | 04/30/2021 -- 05/12/2021 |
| **Notes:** | None | | | | | | |

**Judgment Details**

| Claims Code | Detail Desc. | | Detail Amount | Detail Date |
|---|---|---|---|---|
| None | | | | |

## Actions

| Name | Description | Type | Motion Roster | Begin Date | Completion Date | Documents |
|---|---|---|---|---|---|---|
| Saunders, Logan | NEF(06-15-2021 03:10:36 PM) Judgment/Satisfaction of Jud... | Filing | | 06/15/2021-15:21 | | 📄 |
| Saunders, Logan | Judgment/Satisfaction of Judgment Against Lauren Skipper | Filing | | 06/15/2021-15:10 | | 📄 |
| Saunders, Logan | NEF(05-17-2021 06:03:25 PM) Offer Of Judgment | Filing | | 05/18/2021-08:40 | 05/17/2021-08:40 | 📄 |
| Saunders, Logan | Plaintiffs Acceptance of Offer Of Judgment by Lauren Skipper | Filing | | 05/17/2021-18:03 | 05/17/2021-18:03 | 📄 |
| Skipper, Lauren | Judgment/Judgment | Judgment | | 05/17/2021-08:39 | 05/17/2021-08:39 | |
| Saunders, Logan | Judgment/Judgment | Judgment | | 05/17/2021-08:39 | 05/17/2021-08:39 | |
| Skipper, Lauren | NEF(05-13-2021 03:06:48 PM) Offer Of Judgment | Filing | | 05/13/2021-15:22 | 05/18/2021-15:22 | 📄 |
| Skipper, Lauren | Offer Of Judgment to Plaintiff Logan Saunders | Filing | | 05/13/2021-15:06 | 05/18/2021-15:06 | 📄 |
| Skipper, Lauren | Service/Certificate Of Service | Filing | | 05/13/2021-15:06 | 05/18/2021-15:06 | 📄 |
| Saunders, Logan | NEF(05-12-2021 12:12:36 PM) Judgment/Satisfaction of Jud... | Filing | | 05/12/2021-12:19 | 05/18/2021-12:19 | 📄 |
| Saunders, Logan | Judgment/Satisfaction of Judgment Against Elizabeth Wallace | Filing | | 05/12/2021-12:12 | 05/18/2021-12:12 | 📄 |
| Wallace, Elizabeth | NEF(05-05-2021 01:21:53 PM) Order/Order Cover Sheet $25.... | Filing | | 05/05/2021-14:20 | 05/18/2021-14:20 | 📄 |
| Wallace, Elizabeth | Notice/Notice of Appearance | Filing | | 05/05/2021-13:21 | 05/18/2021-13:21 | |
| Wallace, Elizabeth | Order/Protection from Court Appearance | Filing | | 05/05/2021-13:21 | 05/18/2021-13:21 | 📄 |
| Wallace, Elizabeth | NEF(04-28-2021 05:01:43 PM) Filing/Other | Filing | | 04/29/2021-15:47 | 04/29/2021-15:47 | 📄 |
| Wallace, Elizabeth | Filing/Acceptance of Plaintiff's Offer of Judgment | Filing | | 04/28/2021-17:01 | 04/29/2021-17:01 | 📄 |
| Saunders, Logan | Judgment/Judgment | Judgment | | 04/28/2021-12:25 | 04/28/2021-12:25 | |
| Wallace, Elizabeth | Judgment/Judgment | Judgment | | 04/28/2021-12:25 | 04/28/2021-12:25 | |
| Saunders, Logan | NEF(04-27-2021 03:39:09 PM) Offer Of Judgment | Filing | | 04/28/2021-08:41 | 04/29/2021-08:41 | 📄 |
| Saunders, Logan | Offer Of Judgment to Defendant Elizabeth Wallace | Filing | | 04/27/2021-15:39 | 04/29/2021-15:39 | 📄 |
| Saunders, Logan | Service/Certificate Of Service | Filing | | 04/27/2021-15:39 | 04/29/2021-15:39 | 📄 |
| Few, Wesley D. | 1/4/2021_J1_Roster/Notice of Case Roster Publication Sent | Action | | 04/14/2021-10:21 | 04/29/2021-10:21 | |
| Protopapas, Peter Demos | 1/4/2021_J1_Roster/Notice of Case Roster Publication Sent | Action | | 04/14/2021-10:21 | 04/29/2021-10:21 | |
| Pappas, George Michael Jr. | 1/4/2021_J1_Roster/Notice of Case Roster Publication Sent | Action | | 04/14/2021-10:21 | 04/29/2021-10:21 | |
| Brown, Robert Lesley | 1/4/2021_J1_Roster/Notice of Case Roster Publication Sent | Action | | 04/14/2021-10:21 | 04/29/2021-10:21 | |
| Brown, Robert Lesley | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:54 | 04/29/2021-13:54 | |
| Pappas, George Michael Jr. | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:54 | 04/29/2021-13:54 | |
| Protopapas, Peter Demos | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:54 | 04/29/2021-13:54 | |
| Few, Wesley D. | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:54 | 04/29/2021-13:54 | |

| Few, Wesley D. | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:54 | 04/29/2021-13:54 | |
|---|---|---|---|---|---|---|
| Protopapas, Peter Demos | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:54 | 04/29/2021-13:54 | |
| Brown, Robert Lesley | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:54 | 04/29/2021-13:54 | |
| Pappas, George Michael Jr. | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:54 | 04/29/2021-13:54 | |
| Pappas, George Michael Jr. | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:54 | 04/29/2021-13:54 | |
| Brown, Robert Lesley | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:54 | 04/29/2021-13:54 | |
| Protopapas, Peter Demos | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:54 | 04/29/2021-13:54 | |
| Few, Wesley D. | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:54 | 04/29/2021-13:54 | |
| Protopapas, Peter Demos | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:53 | 04/29/2021-13:53 | |
| Few, Wesley D. | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:53 | 04/29/2021-13:53 | |
| Brown, Robert Lesley | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:53 | 04/29/2021-13:53 | |
| Pappas, George Michael Jr. | 4/30/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 04/08/2021-13:53 | 04/29/2021-13:53 | |
| Brown, Robert Lesley | 1/4/2021_J1_Roster/Notice of Case Roster Publication Sent | Action | | 03/11/2021-11:22 | 04/29/2021-11:22 | |
| Pappas, George Michael Jr. | 1/4/2021_J1_Roster/Notice of Case Roster Publication Sent | Action | | 03/11/2021-11:22 | 04/29/2021-11:22 | |
| Protopapas, Peter Demos | 1/4/2021_J1_Roster/Notice of Case Roster Publication Sent | Action | | 03/11/2021-11:22 | 04/29/2021-11:22 | |
| Few, Wesley D. | 1/4/2021_J1_Roster/Notice of Case Roster Publication Sent | Action | | 03/11/2021-11:22 | 04/29/2021-11:22 | |
| Wallace, Elizabeth | NEF(02-23-2021 01:30:55 PM) Motion/Relieve As Counsel | Filing | | 02/23/2021-13:56 | 04/29/2021-13:56 | 📄 |
| Wallace, Elizabeth | Motion/Relieve As Counsel for Counterclaim of E. Wallace | Motion | | 02/23/2021-13:30 | 04/29/2021-13:30 | 📄 |
| Few, Wesley D. | 2/23/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 02/09/2021-11:16 | 04/29/2021-11:16 | |
| Few, Wesley D. | 2/23/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 02/09/2021-11:16 | 04/29/2021-11:16 | |
| Few, Wesley D. | 2/23/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 02/09/2021-11:16 | 04/29/2021-11:16 | |
| Protopapas, Peter Demos | 2/23/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 02/09/2021-11:16 | 04/29/2021-11:16 | |
| Pappas, George Michael Jr. | 2/23/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 02/09/2021-11:16 | 04/29/2021-11:16 | |
| Pappas, George Michael Jr. | 2/23/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 02/09/2021-11:16 | 04/29/2021-11:16 | |
| Pappas, George Michael Jr. | 2/23/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 02/09/2021-11:16 | 04/29/2021-11:16 | |
| Brown, Robert Lesley | 2/23/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 02/09/2021-11:16 | 04/29/2021-11:16 | |
| Brown, Robert Lesley | 2/23/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 02/09/2021-11:16 | 04/29/2021-11:16 | |
| Brown, Robert Lesley | 2/23/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 02/09/2021-11:16 | 04/29/2021-11:16 | |
| Protopapas, Peter Demos | 2/23/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 02/09/2021-11:16 | 04/29/2021-11:16 | |
| Protopapas, Peter Demos | 2/23/2021_MOTION_Roster/Notice of Motions Roster Publication | Action | | 02/09/2021-11:16 | 04/29/2021-11:16 | |

| Party | Description | Type | | Filed | Entered | |
|---|---|---|---|---|---|---|
| Saunders, Logan | NEF(02-04-2021 03:07:59 PM) Motion/Judgment | Filing | | 02/04/2021-16:06 | 04/29/2021-16:06 | 📄 |
| Saunders, Logan | Motion/Partial Summary Judgment & for Failure to Participate | Motion | | 02/04/2021-15:07 | 04/29/2021-15:07 | |
| Wallace, Elizabeth | NEF(01-12-2021 04:18:13 PM) Motion/Enlarge Time | Filing | | 01/12/2021-16:41 | 04/29/2021-16:41 | 📄 |
| Wallace, Elizabeth | Motion/Enlarge Time to Respond to Request | Motion | | 01/12/2021-16:18 | 04/29/2021-16:18 | |
| Wallace, Elizabeth | NEF(12-01-2020 02:52:24 PM) Order/Substitution Of Counse... | Filing | | 12/01/2020-14:52 | 04/29/2021-14:52 | 📄 |
| Wallace, Elizabeth | Order/Substitution Of Counsel | Order | | 12/01/2020-14:52 | 04/29/2021-14:52 | 📄 |
| Wallace, Elizabeth | NEF(12-01-2020 10:39:18 AM) Notice/Notice of Appearance | Filing | | 12/01/2020-11:02 | 04/29/2021-11:02 | 📄 |
| Wallace, Elizabeth | Notice/Notice of Appearance | Filing | | 12/01/2020-10:39 | 04/29/2021-10:39 | |
| Wallace, Elizabeth | Order/Order Cover Sheet $25.00 | Filing | | 12/01/2020-10:39 | 04/29/2021-10:39 | |
| Saunders, Logan | NEF(11-23-2020 02:49:52 PM) Motion/Compel | Filing | | 11/23/2020-14:57 | 04/29/2021-14:57 | 📄 |
| Saunders, Logan | Motion/Compel Defendant Elizabeth Wallace And To Deem Reques | Motion | | 11/23/2020-14:49 | 04/29/2021-14:49 | 📄📄📄 |
| Saunders, Logan | NEF(09-15-2020 07:26:59 AM) Order/Protective Order | Filing | | 09/15/2020-07:27 | 04/29/2021-07:27 | 📄 |
| Saunders, Logan | Consent Confidentiality Protective Order | Order | | 09/15/2020-07:26 | 04/29/2021-07:26 | 📄 |
| Saunders, Logan | NEF(09-14-2020 11:35:48 AM) Order/Order Cover Sheet $25.... | Filing | | 09/14/2020-11:45 | 04/29/2021-11:45 | 📄 |
| Saunders, Logan | Order/Order Cover Sheet $25.00 | Filing | | 09/14/2020-11:35 | 04/29/2021-11:35 | |
| Saunders, Logan | NEF(06-29-2020 07:21:31 PM) Answer/Answer | Filing | | 06/30/2020-07:29 | 04/29/2021-07:29 | 📄 |
| Saunders, Logan | Answer/Answer of Logan Saunders to Counterclaims | Filing | | 06/29/2020-19:21 | 04/29/2021-19:21 | 📄 |
| Saunders, Logan | NEF(06-02-2020 06:10:14 AM) Order/Consent Order | Filing | | 06/02/2020-06:10 | 04/29/2021-06:10 | 📄 |
| Saunders, Logan | Order Motion for Entry of Default is withdrawn and the Notic | Order | | 06/02/2020-06:10 | 04/29/2021-06:10 | 📄 |
| Saunders, Logan | ADR/Alternative Dispute Resolution (Workflow) | Action | | 05/29/2020-15:01 | 04/29/2021-15:01 | |
| Skipper, Lauren | NEF(05-26-2020 10:55:51 AM) Notice/Notice of Appearance | Filing | | 05/26/2020-10:56 | 04/29/2021-10:56 | 📄 |
| Skipper, Lauren | Notice/Notice of Appearance | Filing | | 05/26/2020-10:55 | 04/29/2021-10:55 | |
| Wallace, Elizabeth | NEF(05-20-2020 07:05:19 PM) Memo/Memo | Filing | | 05/21/2020-07:56 | 04/29/2021-07:56 | 📄 |
| Wallace, Elizabeth | Memo/Memo in Support of Motion to Set Aside Default | Filing | | 05/20/2020-19:05 | 04/29/2021-19:05 | 📄📄 |
| Few, Wesley D. | 5/29/2020_MOTION_Roster/Notice of Motions Roster Publication | Action | | 05/14/2020-15:49 | 04/29/2021-15:49 | |
| Protopapas, Peter Demos | 5/29/2020_MOTION_Roster/Notice of Motions Roster Publication | Action | | 05/14/2020-15:49 | 04/29/2021-15:49 | |
| Bailey, Terri Hearn | 5/29/2020_MOTION_Roster/Notice of Motions Roster Publication | Action | | 05/14/2020-15:49 | 04/29/2021-15:49 | |
| Wallace, Elizabeth | NEF(02-20-2020 03:29:35 PM) Motion/Set Aside Default | Filing | | 02/20/2020-15:33 | 04/29/2021-15:33 | 📄 |
| Wallace, Elizabeth | Motion/Set Aside Default | Motion | | 02/20/2020-15:29 | 06/02/2020-15:29 | 📄📄 |
| Saunders, Logan | Motion/Damages | Motion | | 02/20/2020-14:50 | 06/06/2020-14:50 | |
| Saunders, Logan | NEF(02-20-2020 08:46:41 AM) Order/Entry of Default | Filing | | 02/20/2020-08:46 | 04/29/2021-08:46 | 📄 |
| Saunders, Logan | Order/Entry of Default | Order | | 02/20/2020-08:46 | 04/29/2021-08:46 | 📄 |
| Saunders, Logan | NEF(02-18-2020 07:02:02 PM) Motion/Default Judgment | Filing | | 02/19/2020-08:39 | 04/29/2021-08:39 | 📄 |

| Saunders, Logan | Motion For Entry Of Default And To Strike Answer And Counter | Motion | | 02/18/2020-19:02 | 02/20/2020-19:02 | 🗎 |
| Wallace, Elizabeth | NEF(02-18-2020 01:07:21 PM) Memo/Memo | Filing | | 02/18/2020-14:18 | 04/29/2021-14:18 | 🗎 |
| Wallace, Elizabeth | Memorandum In Opposition To Affidavit Of Default | Filing | | 02/18/2020-13:07 | 04/29/2021-13:07 | 🗎 |
| Wallace, Elizabeth | Exhibit To Memorandum In Opposition To Affidavit Of Default | Filing | | 02/18/2020-13:07 | 04/29/2021-13:07 | 🗎 |
| Wallace, Elizabeth | NEF(02-13-2020 11:03:01 AM) Notice/Notice of Appearance | Filing | | 02/13/2020-11:13 | 04/29/2021-11:13 | 🗎 |
| Wallace, Elizabeth | Notice/Notice of Appearance | Filing | | 02/13/2020-11:03 | 04/29/2021-11:03 | |
| Wallace, Elizabeth | Filing/Verification Of Counterclaim | Filing | | 02/13/2020-11:03 | 04/29/2021-11:03 | 🗎 |
| Wallace, Elizabeth | Answer/Answer & Counterclaim Of Elizabeth Wallace | Filing | | 02/13/2020-11:03 | 04/29/2021-11:03 | 🗎 |
| Saunders, Logan | NEF(02-12-2020 01:28:08 PM) Affidavit/Default | Filing | | 02/12/2020-14:21 | 04/29/2021-14:21 | 🗎 |
| Saunders, Logan | Affidavit/Default and Non Military Service | Filing | | 02/12/2020-13:28 | 04/29/2021-13:28 | 🗎 |
| Saunders, Logan | Order/Order Cover Sheet $25.00 | Filing | | 02/12/2020-13:28 | 04/29/2021-13:28 | |
| Saunders, Logan | NEF(02-03-2020 06:25:57 PM) Answer/Answer | Filing | | 02/04/2020-08:40 | 04/29/2021-08:40 | 🗎 |
| Saunders, Logan | Answer To Counterclaims Of Defendant Lauren Skipper | Filing | | 02/03/2020-18:25 | 04/29/2021-18:25 | 🗎 |
| Skipper, Lauren | NEF(01-15-2020 09:09:40 AM) Order/Protection from Court ... | Filing | | 01/15/2020-09:09 | 04/29/2021-09:09 | 🗎 |
| Skipper, Lauren | Order/Protection from Court Appearance | Order | | 01/15/2020-09:09 | 04/29/2021-09:09 | 🗎 |
| Skipper, Lauren | NEF(01-14-2020 04:32:45 PM) Motion/Protection Court Appe... | Filing | | 01/14/2020-16:41 | 04/29/2021-16:41 | 🗎 |
| Skipper, Lauren | Order/Order Cover Sheet $25.00 | Filing | | 01/14/2020-16:32 | 04/29/2021-16:32 | |
| Skipper, Lauren | Motion/Protection Court Appearance | Motion | | 01/14/2020-16:32 | 01/15/2020-16:32 | 🗎 |
| Saunders, Logan | NEF(12-26-2019 03:21:49 PM) Service/Affidavit Of Service | Filing | | 12/27/2019-09:06 | 04/29/2021-09:06 | 🗎 |
| Saunders, Logan | Service/Affidavit Of Service on Elizabeth Wallace | Filing | | 12/26/2019-15:21 | 04/29/2021-15:21 | 🗎 |
| Skipper, Lauren | NEF(12-05-2019 10:47:47 AM) Answer/Answer & Counterclaim | Filing | | 12/05/2019-10:59 | 04/29/2021-10:59 | 🗎 |
| Skipper, Lauren | Answer/Answer & Counterclaim | Filing | | 12/05/2019-10:47 | 04/29/2021-10:47 | 🗎 |
| Skipper, Lauren | NEF(12-05-2019 10:46:31 AM) Notice/Notice of Appearance | Filing | | 12/05/2019-10:46 | 04/29/2021-10:46 | 🗎 |
| Skipper, Lauren | Notice/Notice of Appearance | Filing | | 12/05/2019-10:46 | 04/29/2021-10:46 | |
| Saunders, Logan | NEF(11-13-2019 10:10:57 AM) Service/Acceptance Of Servic... | Filing | | 11/13/2019-10:30 | 04/29/2021-10:30 | 🗎 |
| Saunders, Logan | Service/Acceptance Of Service on Lauren Skipper | Filing | | 11/13/2019-10:10 | 04/29/2021-10:10 | 🗎 |
| Saunders, Logan | Summons & Complaint | Filing | | 11/01/2019-15:01 | 02/03/2020-15:01 | 🗎 |

## Financials

| Summary | | | | | |
|---|---|---|---|---|---|
| Fine/Costs: | $400.00 | Total Paid for fine/costs: | $400.00 | Balance Due: | $0.00 |

| Costs | | | | |
|---|---|---|---|---|
| Description | Cost Code | Amount | Charge Action | Disbursed Amount |
| Civil Filing Fee County 44%/100% | CVFFCN | $44.00 | | $44.00 |
| Civil Filing Fee State 56% | CVFFST | $56.00 | | $56.00 |

6/1/23, 4:53 PM

Public Index Search

| | | | | |
|---|---|---|---|---|
| SCJD Filing Fee Proviso $50 / $25 | SCJDPV | $50.00 | | $50.00 |
| Motion/Order Filing Fee $25 | MOTION | $25.00 | | $25.00 |
| Motion/Order Filing Fee $25 | MOTION | $25.00 | | $25.00 |
| Motion/Order Filing Fee $25 | MOTION | $25.00 | | $25.00 |
| Motion/Order Filing Fee $25 | MOTION | $25.00 | | $25.00 |
| Motion/Order Filing Fee $25 | MOTION | $25.00 | | $25.00 |
| Motion/Order Filing Fee $25 | MOTION | $25.00 | | $25.00 |
| Motion/Order Filing Fee $25 | MOTION | $25.00 | | $25.00 |
| Motion/Order Filing Fee $25 | MOTION | $25.00 | | $25.00 |
| Motion/Order Filing Fee $25 | MOTION | $25.00 | | $25.00 |
| Motion/Order Filing Fee $25 | MOTION | $25.00 | | $25.00 |

| Payments | | | | |
|---|---|---|---|---|
| Payment Date | Receipt Number | Entered By | Transaction Type Code | Payment Amount |
| 02/23/2021 | 286481 | C40BMETTS | PY | $25.00 |
| 02/04/2021 | 285797 | C40BMETTS | PY | $25.00 |
| 01/12/2021 | 284798 | C40BMETTS | PY | $25.00 |
| 12/01/2020 | 283301 | C40PGUNTER | PY | $25.00 |
| 11/23/2020 | 283125 | C40RMOORMA | PY | $25.00 |
| 09/14/2020 | 280307 | C40PGUNTER | PY | $25.00 |
| 02/20/2020 | 272263 | C40RMOORMA | WV | $25.00 |
| 02/19/2020 | 272131 | C40RMOORMA | PY | $25.00 |
| 02/12/2020 | 271815 | C40ASMITH | PY | $25.00 |
| 01/14/2020 | 270209 | C40PGUNTER | PY | $25.00 |
| 11/01/2019 | 266588 | C40BMETTS | PY | $150.00 |

**CMSWeb 6.1 © 2019 South Carolina Judicial Branch ● All rights reserved**