# WESLEY D. FEW, LLC

Attorney at Law
P.O. Box 9398, Greenville, South Carolina 29604
www.wesleyfew.com  |  wes@wesleyfew.com
O: 864-527-5906

June 22, 2023

**Via Email and E-File**

Matthew G. Gerrald, Esq.
Barnes Alford
1613 Main Street
Columbia, SC 29201
**matt@basjlaw.com**

   **Re:** Logan Saunders v. Beta Upsilon Chi Fraternity, Inc., a/k/a Beta Upsilon Chi, Michael Vinzani, Graham Harmon and Walker Wood
      Civil Action No. 3:23-cv-02413-SAL
      Our File No.: 00272-002

Dear Matt:

This letter is to confirm Defendant Beta Upsilon Chi Fraternity, Inc.'s granting of a 14-day extension of time to file Plaintiff's response to Defendants' Motion to Dismiss (ECFN 7). The current deadline is Thursday, June 22, 2023, which makes the new deadline Thursday July 6, 2023.

With warm regards, I remain

Sincerely Yours,

Wesley D. Few

WDF/cgy

CC: CM/ECF Filing
   All Counsel of Record (Via E-Filing Notification and/or Email)
   Logan Saunders (Via Email Only)