## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| Logan Saunders,<br><br>                              Plaintiff,<br><br>v.<br><br>Beta Upsilon Chi Fraternity, Inc.<br>a/k/a Beta Upsilon Chi, Michael Vinzani,<br>Graham Harmon, and Walker Wood,<br><br>                            Defendants. | Civil Action No. 3:23-cv-02413-SAL |

## **PLAINTIFFS' FILING OF JOHN SAUNDERS AFFIDAVIT**

Plaintiffs' Filing of the Executed Affidavit of John Saunders is attached. This information is relevant to the Defendant's motions, specifically their motion to dismiss based on the statute of limitations (ECFN-007).

                                                                                       Respectfully Submitted,

                                                                                       **WESLEY D. FEW, LLC**

                                                                                       */s/Wes Few*
                                                                                      WESLEY D. FEW, DIST. CT. ID NO. 7371
                                                                                      416 East North Street, 2nd Floor (29601)
                                                                                      Post Office Box 9398
                                                                                      Greenville, SC 29604
                                                                                      864.527.5906 | wes@wesleyfew.com

                                                                                       ATTORNEY FOR THE PLAINTIFF

September 18, 2023

Greenville, South Carolina