# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Logan Saunders, | Civil Action No. 3:23-cv-02413-SAL |
| Plaintiff, | |
| v. | |
| Beta Upsilon Chi Fraternity, Inc., a/k/a Beta Upsilon Chi, Michael Vinzani, Graham Harmon, and Walker Wood, | |
| Defendants. | |

## AFFIAVIT OF JOHN SAUNDERS

Personally appeared before the undersigned Notary Public, John Saunders, who being duly sworn, does hereby testify as follows:

1. I am a citizen and resident of Greenville County, South Carolina. I make this Affidavit upon personal knowledge and belief.

2. I am the father of the Plaintiff in this action. I understand the Defendants have moved to dismiss the claims based on the Statute of Limitations.

3. In 2018 from approximately April to August 23, I was in communication with Brian Lee of the Defendant Beta Upsilon Chi Fraternity, Inc., a/k/a Beta Upsilon Chi (hereafter "BYX"), both by email and telephone.

4. We were informed that BYX's investigator, Mr. Pinkston, had a recorded phone conversation with one of the accusers in April 2018 in which she recanted her accusations.

5. Representatives of BYX told me on at least one occasion they were recording our telephone conversations.

6. I then recorded conversations with Brian Lee and others on the following dates: (i) July 16, 2018; (ii) August 20, 2018, (iii) August 22, 2018, and (iv) August 23, 2018.

7. My wife, Dana Saunders, also participated in some of these recorded conversations, and could testify to her involvement.

8. Even as late as August 20, 2018, Brian Lee was telling us he wanted to see "redemption" for Logan "if he has been falsely accused."

9. The substance of these recorded conversations will show that BYX continued to have internal conversations with local chapter members about the accusations and with National Board Members about Logan's status as a brother in the fraternity until August 23, 2018.

10. In fact, on September 5, 2018, at approximately 4:00 p.m., Logan met with Preston Morris of BYX at the Starbucks on Main Street in Columbia, SC. Mr. Morris was known as a BYX Leadership Consultant / National Advisor. He was in Columbia to meet with members of the BYX chapter. He requested a meeting with Logan. As I understand it, Mr. Morris told Logan he was asked to meet with him by Brian Lee of BYX. The purpose was to assess ongoing statements by BYX members and their treatment of Logan as well as Logan's mental state. This shows there was ongoing engagement between National and the local chapter members in relation to Logan's reputation and status.

11. In fact, BYX never actually made any official determination of how to close out their investigation of my son.

12. I believe this information is relevant to the Statute of Limitations as it relates to BYX.

2

THE AFFIANT FURTHER SAYETH NAUGHT.

_____
John Saunders

Sworn to before me this 15th day of September, 2023

_____
Notary Public for the State of South Carolina
My commission expires: 10/29/2030

[Notary Seal: NANCY J DYKES, NOTARY PUBLIC, STATE OF SOUTH CAROLINA, My Commission Expires 10-29-2030]